MOYER et al., Appellants, v. WELLS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 18, 1908.) Action by John W. Moyer and another against John Wells and another. No opinion. Order modified, by inserting therein the provision that the verdict and judgment already had shall stand as security for the payment of any judgment that may be finally recovered in the action, and, as so modified, affirmed, without costs of this appeal to either party.

MUELLER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Charles Mueller against the Brooklyn Heights Railroad Company. No opinion. Judgment and order of the County Court of Queens county unanimously affirmed, with costs.

MUNICIPAL BOARD OF VILLAGE OF PENN YAN, Appellant, v. BOARD OF TRUSTEES OF VILLAGE OF PENN YAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) In the matter of the application of the municipal board of the village of Penn Yan against the board of trustees of said village and E. B. Reed, village treasurer. No opinion. Order affirmed, with costs.

MURPHY, Respondent, v. STATEN ISLAND RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Michael J. Murphy against the Staten Island Railway Company and others.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD and HOOKER, JJ., dissent.

MUTUAL LIFE INS. CO., Respondent, v. GRANNIS, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by the Mutual Life Insurance Company against Robert A. Grannis. C. J. Fay, for appellant. J. McKeen, for respondent.

PER CURIAM. Judgment (60 Misc. Rep. 187, 112 N. Y. Supp. 1074) affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

SCOTT, J., dissents.

NEALE, Appellant, v. WALTER, Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Isabella Neale against John Walter. No opinion. Motion denied, with $10 costs.

NEIL et al., Appellants, v. MERRIAM, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by Maurice H. Neil and another against Libbie Merriam. No opinion. Judgment affirmed, with costs.

NEUWIRTH v. LAVERY. (Supreme Court, Appellate Term. November 24, 1908.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Gerson Neuwirth against Mary Lavery. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered. Michael J. Sweeney, for appellant. Leon Kronfeld, for respondent.

PER CURIAM. In the interests of justice, the judgment herein is reversed, and the cause remanded for a new trial, that, among other things, it may be shown more clearly for what purposes, under what circumstances, and by whom the personal property, a ring, alleged to have been converted, was actually delivered and then pawned. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

NEVINS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by James J. Nevins against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

NEVINS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by James J. Nevins against the city of New York. No opinion. Motion denied, without costs.

NEW IDEA PATTERN CO., Appellant, v. MILSTEIN, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by the New Idea Pattern Company against Isaac Milstein. J. B. Sheehan, for appellant. J. J. Crawford, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NEW YORK & N. J. TELEPHONE CO., Respondent, v. ROSENTHAL et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by the New York & New Jersey Telephone Company against Alexander S. Rosenthal, individually and as justice of the Municipal Court of the city of New York, and others. No opinion. Motion denied. See, also, 128 App. Div. 220, 112 N. Y. Supp. 612.

NICHOLLS, Appellant, v. WALLACE, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Mark M. Nicholls against Ruth A. Wallace. G. T. Hogg, for appellant. C. E. Rushmore, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

NIKOP, Respondent, v. KELLERMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Aaron Nikop against Adolph Kellerman and another. M. P. Doyle, for appellants. G. A. Rogers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NOLL, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court,